# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAE INTERNATIONAL,<br><br>          Plaintiff,<br><br>v.<br><br>INTERNATIONAL AEROSPACE<br>QUALITY GROUP A.I.S.B.L.,<br><br>          Defendant. | Civil Action No. 2:25-cv-00268 |

**PLAINTIFF SAE INTERNATIONAL'S FIRST SET OF REQUESTS FOR ADMISSION
DIRECTED TO DEFENDANT INTERNATIONAL AEROSPACE QUALITY GROUP
A.I.S.B.L.**

Plaintiff SAE International ("SAE"), by and through its undersigned counsel, hereby requests that Defendant International Aerospace Quality Group A.I.S.B.L. ("IAQG") respond to the following Requests for Admission pursuant to Rule 36 of the Federal Rules of Civil Procedure. IAQG is required to respond fully and without evasion, under oath, within the time permitted by those Rules or any Order of Court expediting discovery in this matter, or the requests will be deemed admitted.

**DEFINITIONS**

1.      "**Agreement**" means the International Standards Development, License, and Publication Agreement between SAE and IAQG, dated May 12, 2022.

2.      "**Auditor Authentication Body**" or "**AAB**" means any organization recognized by IAQG to certify auditors in the aerospace industry.

3.      "**IAQG**" or "**Defendant**" or "**You**" or "**Your**" means International Aerospace Quality Group A.I.S.B.L., including its directors, officers, employees, agents, attorneys, legal representatives, heirs, assigns, or any person or entity acting on its behalf or serving in such

capacity. This also encompasses its parents, subsidiaries, affiliates, predecessors, successors, and others who may have obtained information on behalf of the Defendant.

4.      "**IAQG Authentication Program**" means any program being developed by IAQG to certify aerospace auditors, including all related components, standards, and documentation.

5.      "**Notice Letter**" means the letter sent by SAE to IAQG on February 21, 2025.

6.      "**Probitas Program**" means the Probitas Authentication Program, developed and operated by SAE to certify aerospace auditors, including all related components, standards, and documentation.

7.      "**SAE**" or "**Plaintiff**" means SAE International, including its directors, officers, employees, agents, attorneys, assigns, or any person or entity acting on its behalf or serving in such capacity. This also encompasses its parents, subsidiaries, affiliates, predecessors, and successors.

8.      "**Standards**" means the AS9100 suite of standards published by SAE, including, but not limited to, the AS9100, AS9101, AS9110, AS9120, AS9104/1, AS9104/2, and AS9104/3. These are often improperly referred to by IAQG without the "AS" prefix.

9.      The terms "**and**" and "**or**" are to be construed either conjunctively or disjunctively to include any and all combinations of one or more of the connected items.

10.      The terms "**each**," "**any**," and "**all**" are to be construed as comprehensively as possible, each encompassing the widest possible scope consistent with the context of the request.

11.      The use of the present tense of a verb shall include the past tense, and the use of the past tense shall include the present and future tenses, wherever the context may require.

12.      The use of the singular form shall be construed to include the plural of the same, and conversely, the use of the plural shall include the singular, wherever the context may require.

## REQUESTS FOR ADMISSION

1.     Admit that the Probitas Program was established following IAQG's request in 2013 for SAE to become an IAQG-recognized AAB.

2.     Admit that IAQG has begun to develop a program to certify aerospace auditors.

3.     Admit that IAQG has contracted with a third-party regarding the IAQG Authentication Program.

4.     Admit that IAQG has not provided SAE with a right of first refusal with respect to the IAQG Authentication Program.

5.     Admit that IAQG drafted the Agreement.

6.     Admit that IAQG has entered into an agreement with a third-party regarding the IAQG Authentication Program.

7.     Admit that IAQG did not offer SAE a right of first refusal before developing the IAQG Authentication Program.

8.     Admit that IAQG has used and/or intends to use SAE's Standards in the development of the IAQG Authentication Program.

9.     Admit that the third-party that IAQG has partnered with on the IAQG Authentication Program has no prior experience in aerospace auditor certification.

10.     Admit that IAQG has not responded to SAE's Notice Letter dated February 21, 2025.

11.     Admit that IAQG did not respond to proposals from Richard DeMary regarding a larger share of revenue from the Probitas Program to IAQG.

12.     Admit that IAQG has not engaged in any discussions with SAE regarding the IAQG Authentication Program.

13.    Admit that IAQG intends to consolidate the AABs upon launching the IAQG Authentication Program.

14.    Admit that IAQG's purported consolidation of aerospace-related AAB activity under the IAQG Authentication Program will exclude all other currently-existing AABs from conducting auditor authentication activities in the aerospace industry.

Dated: March 17, 2025                    Respectfully submitted,

*/s/ Shawna J. Henry*
**BLANK ROME LLP**
Kevin M. Eddy (Pa. I.D. No. 92904)
Shawna J. Henry (Pa. I.D. No. 316881)
Maya C. Bradley (Pa. I.D. No. 334251)
Union Trust Building
501 Grant Street, Suite 850
Pittsburgh, PA 15219
Phone: (412) 932-2800
Kevin.Eddy@blankrome.com
Shawna.Henry@blankrome.com
Maya.Bradley@BlankRome.com

*Attorneys for*
*Plaintiff SAE International*

-4-