# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| SAE INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL AEROSPACE<br>QUALITY GROUP A.I.S.B.L.,<br><br>Defendant. | Civil Action No. 2:25-cv-00268 |

**PLAINTIFF'S NOTICE OF VIDEOTAPED DEPOSITION OF CORPORATE
DESIGNEE OF DEFENDANT INTERNATIONAL AEROSPACE QUALITY GROUP
A.I.S.B.L. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

**TO:**  International Aerospace Quality Group A.I.S.B.L.
c/o Gerald J. Stubnehofer, Esq.
Courtney S. Schorr, Esq.
MCGUIREWOODS LLP
260 Forbes Ave, 18th Floor
Pittsburgh, PA 15222
CSchorr@mcguirewoods.com
GStubenhofer@mcguirewoods.com

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, Plaintiff SAE International ("SAE"), will take the videotaped deposition of a duly

designated corporate representative(s) of International Aerospace Quality Group A.I.S.B.L.

("IAQG") for the purpose of discovery and/or use at trial in this matter. The deposition will take

place at Blank Rome LLP, 501 Grant Street, Suite 850, Pittsburgh PA 15219 at a time mutually

agreeable to the parties, but in no event later than ten (10) days before any Preliminary Injunction

hearing scheduled by the Court.

Testimony at the deposition will be recorded stenographically and will be videotaped by a videographer. The matters of examination are listed on Exhibit A. The deposition will be taken for all purposes allowed by the Federal Rules of Civil Procedure.

The terms used in this Notice and the attached Exhibit A are defined and described as follows:

1.    "**AATT**" means the Aerospace Auditor Transition Training.

2.    "**Agreement**" means the International Standards Development, License, and Publication Agreement between SAE and IAQG, dated May 12, 2022.

3.    "**Auditor Authentication Body**" or "**AAB**" means any organization recognized by IAQG to certify auditors in the aerospace industry.

4.    "**Communication**" or "**communication**" means any Document constituting, evidencing, memorializing, recording, summarizing, or transcribing any transmission or exchange of any information, whether written, oral, electronic, non-electronic, recorded, graphic, or in any other medium (whether formal or informal), and including but not limited to, e-mail, and any and all attachments thereto, text messages, social media, instant messaging, including but not limited to SMS, WhatsApp, iMessage, WeChat, Signal, Slack, Teams, Telegram, direct messages or postings via social media or similar communications.

5.    "**Document**" or "**document**" is used herein in the broadest possible sense under the Federal Rules of Civil Procedure, including, but not limited to, all originals, non-identical copies, and drafts of any written, printed, handwritten, recorded, or graphic matter of any kind, however produced or reproduced, and regardless of where located. This includes any work paper, worksheet, ledger, analysis, correspondence, memorandum, note, research, checklist, opinion, minutes, inter-office or intra-office communications, e-mail message, report, chart, graph,

summary, index, diary, desk or pocket calendar, notebook, any magnetic or other recording tape, computer data (including information or programs stored in a computer, whether or not printed out or displayed), photograph, microfiche, microfilm, videotape, record or motion picture, and electronic, mechanical, or electrical record or representation of any kind, including, but not limited to, tape, cassette, disc, magnetic card, or recording. The term "document" shall also include the file folders in which said documents are maintained and any table of contents or index thereto, and copies of documents of which the originals have been destroyed pursuant to a document destruction policy or otherwise.

6.     "**IAQG**" or "**Defendant**" or "**You**" or "**Your**" means International Aerospace Quality Group A.I.S.B.L., including its directors, officers, employees, agents, attorneys, legal representatives, heirs, assigns, or any person or entity acting on its behalf or serving in such capacity. This also encompasses its parents, subsidiaries, affiliates, predecessors, successors, and others who may have obtained information on behalf of the Defendant.

7.     "**IAQG Authentication Program**" means any program being developed by IAQG to certify aerospace auditors, including all related components, standards, and Documents.

8.     "**Notice Letter**" means the letter sent by SAE to IAQG on February 21, 2025.

9.     "**Probitas Program**" means the Probitas Authentication Program, developed and operated by SAE to certify aerospace auditors, including all related components, standards, and Documents.

10.    "**SAE**" or "**Plaintiff**" means SAE International, including its directors, officers, employees, agents, attorneys, assigns, or any person or entity acting on its behalf or serving in such capacity. This also encompasses its parents, subsidiaries, affiliates, predecessors, and successors.

11.      "**Standards**" means the AS9100 suite of standards published by SAE, including, but not limited to, the AS9100, AS9101, AS9110, AS9120, AS9104/1, AS9104/2, and AS9104/3. These are often improperly referred to by IAQG without the "AS" prefix.

12.      The terms "**and**" and "**or**" are to be construed either conjunctively or disjunctively to include any and all combinations of one or more of the connected items.

13.      The terms "**any**" and "**all**" are to be construed as comprehensively as possible, each encompassing the widest possible scope consistent with the context of the request.

14.      The use of the present tense of a verb shall include the past tense, and the use of the past tense shall include the present and future tenses, wherever the context may require.

15.      The use of the singular form shall be construed to include the plural of the same, and conversely, the use of the plural shall include the singular, wherever the context may require.

Dated: March 17, 2025                                 Respectfully submitted,

                                                                     */s/ Shawna J. Henry*
                                                                     **BLANK ROME LLP**
                                                                     Kevin M. Eddy (Pa. I.D. No. 92904)
                                                                     Shawna J. Henry (Pa. I.D. No. 316881)
                                                                     Maya C. Bradley (Pa. I.D. No. 334251)
                                                                     Union Trust Building
                                                                     501 Grant Street, Suite 850
                                                                     Pittsburgh, PA 15219
                                                                     Phone: (412) 932-2800
                                                                     Kevin.Eddy@blankrome.com
                                                                     Shawna.Henry@blankrome.com
                                                                     Maya.Bradley@BlankRome.com

                                                                     *Attorneys for*
                                                                     *Plaintiff SAE International*

-4-

## **EXHIBIT A**

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, IAQG shall designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf and have knowledge with respect to the following matters:

1.      The complete development process of the IAQG Authentication Program, including timelines, key decision points, and involved personnel.

2.      Specific decision-making criteria and processes used in the IAQG Authentication Program, including any internal assessments or evaluations.

3.      Comprehensive plans and strategies for the launch of the IAQG Authentication Program, including marketing, implementation, and projected outcomes.

4.      The role and incorporation of SAE Standards in the IAQG Authentication Program, including any modifications or adaptations made to these Standards.

5.      Communications with third parties regarding the IAQG Authentication Program, including identification of potential partners or collaborators and the nature of these Communications.

6.      Identification and roles of any third-parties involved in the IAQG Authentication Program, including details of any agreements or contracts.

7.      The Agreement, including but not limited to the drafting, negotiation, and history between SAE and IAQG leading up to the Agreement.

8.      Impact of the IAQG Authentication Program on existing aerospace Auditor Authentication Bodies, including SAE's Probitas Program, and any assessments or reports on this impact.

9. IAQG's authority and decision-making regarding the approval and consolidation of aerospace Auditor Authentication Bodies, including any strategic plans or discussions.

10. Use of SAE's intellectual property in the IAQG Authentication Program.

11. Efforts to resolve disputes with SAE regarding the IAQG Authentication Program, including any Communications, meetings, or proposals.

12. Financial implications and projections related to the IAQG Authentication Program, including expected revenue, costs, and financial impact on IAQG.

13. Internal assessments or evaluations of the IAQG Authentication Program's effectiveness and compliance with industry standards, including any metrics or benchmarks used.

14. Details of the AATT and its integration or relevance to the IAQG Authentication Program.

15. The Notice Letter, including but not limited to IAQG's response or actions taken in relation to it.