**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAE INTERNATIONAL<br><br>  Plaintiff,<br><br>v.<br><br>INTERNATIONAL AEROSPACE<br>QUALITY GROUP A.I.S.B.L.,<br><br>  Defendant. | Civil Action No. 2:25-cv-00268 |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of Plaintiff SAE International's ("Plaintiff") Motion for Expedited Discovery ("Motion") in connection with the Motion for Preliminary Injunction ("PI Motion"), it is hereby ORDERED that the Moton is GRANTED and Plaintiff is granted leave to serve the expedited discovery attached as Exhibits A, B, C, and D to the Motion upon Defendant International Aerospace Quality Group A.I.S.B.L. ("Defendant").

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
  HON. W. SCOTT HARDY
 UNITED STATES DISTRICT JUDGE